UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at Ashland

| | | |
|---|---|---|
| TONY PEEBLES, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 0:26-cv-00117-SCM |
| | ) | |
| v. | ) | |
| | ) | |
| BURNSIDE, Warden, | ) | **JUDGMENT** |
| | ) | |
| Respondent. | ) | |

*** *** *** ***

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. The petition, [Dkt. 1], is **DENIED** and **DISMISSED WITH PREJUDICE**.

2. This matter is **STRICKEN** from the docket.

Signed this 7th day of October, 2026.

S. Chad Meredith, District Judge
United States District Court
Eastern District of Kentucky